**FILED**
APR 1 0 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUFORD KAIGLER (1),<br>JOAQUIN SALVADOR<br>　　SILVA-PULIDO (2)<br><br>　　　　　Defendants. | Case No. 10CR3749-BEN<br><br>**ORDER TO DISMISS INFORMATION WITHOUT PREJUDICE, EXONERATE BONDS AND JUDGMENT OF DISMISSAL** |

　　Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

　　**IT IS HEREBY ORDERED** that the Information in the above-referenced case be dismissed without prejudice as to defendants BUFORD KAIGLER and JOAQUIN SALVADOR SILVA-PULIDO only.

　　**IT IS HEREBY FURTHER ORDERED** that bond be exonerated as to BUFORD KAIGLER and JOAQUIN SALVADOR SILVA-PULIDO.

**SO ORDERED.**

DATED: ____4/10____, 2013.

_____
HON. ROGER T. BENITEZ
United States District Court Judge