FILED

APR 10 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR3749-BEN |
| Plaintiff, | |
| v. | **ORDER TO DISMISS INFORMATION WITHOUT PREJUDICE, EXONERATE BONDS AND JUDGMENT OF DISMISSAL** |
| BUFORD KAIGLER (1), JOAQUIN SALVADOR SILVA-PULIDO (2) | |
| Defendants. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Information in the above-referenced case be dismissed without prejudice as to defendants BUFORD KAIGLER and JOAQUIN SALVADOR SILVA-PULIDO only.

**IT IS HEREBY FURTHER ORDERED** that bond be exonerated as to BUFORD KAIGLER and JOAQUIN SALVADOR SILVA-PULIDO.

**SO ORDERED.**

DATED: _____4/10_____, 2013.

HON. ROGER T. BENITEZ
United States District Court Judge